## 15602. WYATT *v.* THE STATE.

LUKE, J.   1.  The alleged errors of omission and commission in the charge of the court, complained of in the motion for a new trial, do not, when considered in the light of the entire charge and the facts of the case, require a reversal of the judgment below.

2.  The evidence authorized the verdict, and for no reason assigned was it error for the court to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 15, 1924.

Indictment for assault with intent to murder; from Fulton superior court—Judge W. E. Thomas presiding. March 24, 1924.

*C. G. Battle,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, R. H. Pharr,* contra.